

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00147-CR**

| | | |
|---|---|---|
| Andrew Stephen Perez | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1231380D) |
| v. | § | April 25, 2013 |
| | § | Opinion by Justice McCoy |
| | § | Concurrence by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy